**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24228-CIV-ALTONAGA/Reid**
**CASE NO. 25-24784-MC-ALTONAGA/Reid**

**MEGAN PETE**,

      Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

      Defendant.

_____/

**DAYSTAR PETERSON**,

      Petitioner,

v.

**MEGAN PETE**,

      Respondent.

_____/

**<u>ORDER</u>**

    **THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 42 authorizes the Court to "consolidate [] actions" if they "involve a common question of law or fact[.]" Fed. R. Civ. P. 42(a) (alterations added). In Case Number 25-24784-MC, Petitioner, Daystar Peterson seeks a protective order regarding his compelled continued deposition in Case Number 24-24228-CIV. *See generally Peterson v. Cooper*, No. 25-24784-MC, Mot. for Protective Order [ECF No. 1] filed September 24, 2025 (S.D. Fla. 2025). The above captioned cases are related actions involving overlapping facts. *See id.* 2[1] ("Megan Pete . . . seeks to compel discovery from Mr. Peterson, alleging he compensated a co-defendant to defame her."). Consolidation of

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

these cases is appropriate to avoid unnecessary duplication of the parties' and judicial labor and effort.

Accordingly, it is

**ORDERED** that Case Numbers 24-24228-CIV and 25-24784-MC are **CONSOLIDATED** for all purposes.  The Clerk of Court shall **CLOSE** Case Number 25-24784-MC.  All future filings in these related actions shall be made under **Case Number 24-24228-CIV-ALTONAGA/Reid** only.

**DONE AND ORDERED** in Miami, Florida, this 24th day of October, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record